MARY DETELJ, an Infant, by STELLA DETELJ, Her Guardian ad Litem, et al., Appellants, *v.* JOHN S. JACOBUS, Individually and as Trustee under the Will of SAMUEL M. JACOBUS, Deceased, Respondent.

Submitted November 28, 1938; decided December 6, 1938.

*Theodore L. Karpf* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.